# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0927
Lower Tribunal No. CF22-008300-XX

_____

CLARENCE J. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and GANNAM, JJ., concur.


Clarence J. Williams, Polk City, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED